UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

VALPAK DIRECT MARKETING
SYSTEMS, INC.,

       Plaintiff,

v.   Case No. 8:12-cv-2357-T-24 TGW

VAL-PAK OF COASTAL CAROLINA,
LLC, CLAYTON GSELL, and SUSAN
GSELL,

       Defendants.
_____/

## **ORDER**

       This cause comes before the Court on Plaintiff's Motion for Default Judgment. (Doc. No. 14). As explained below, the motion is granted.

       On October 17, 2012, Plaintiff filed suit against Defendants Clayton Gsell, Susan Gsell, and Val-Pak of Coastal California, LLC d/b/a Valpak of Coastal Carolina. (Doc. No. 1). The complaint contains two counts. In Count I, Plaintiff alleges that Defendants breached certain contracts with Plaintiff, and as a result, Defendants owe Plaintiff $159,418.04. In Count II, Plaintiff alleges that Defendants owe it $312,535.12 under a promissory note.

       Defendants were served with the complaint, but they failed to respond. (Doc. No. 6-8). The Clerk entered default against Defendants on November 28, 2012. (Doc. No. 13). Thereafter, Plaintiff filed the instant motion, in which it seeks the amounts owed as alleged in the complaint. Upon consideration, the Court concludes that default judgment should be granted.

       Accordingly, it is ORDERED AND ADJUDGED that:

       (1)       Plaintiff's Motion for Default Judgment (Doc. No. 14) is **GRANTED**.

(2) The Clerk is directed to enter judgment in favor of Plaintiff on both counts. As to Count I, the Court awards Plaintiff damages in the amount of $159,418.04 against Defendants jointly and severally. As to Count II, the Court awards Plaintiff damages in the amount of $312,535.12 against Defendants jointly and severally.

**DONE AND ORDERED** at Tampa, Florida, this 12th day of December, 2012.

*Susan C. Bucklew*
SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record